IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MANUEL PEDRO "PETE" GABALDON,
et al.,

        Plaintiffs,

vs.                                                                                             Civ. No. 97-817 LH/WWD

DEBBIE JARAMILLO, et al.,

        Defendants.

MEMORANDUM OPINION AND ORDER

        This matter comes before the Court upon Plaintiffs' Opposed Motion for Limited Extension of Discovery Deadline filed December 18, 1998. The discovery sought, which was narrowed by Plaintiffs' reply, consists of two sets of interrogatories, one to the City of Santa Fe and the other to Defendants' expert on building inspection.

        This cause was removed from the District Court of the First Judicial District of New Mexico to this Court on June 19, 1997. On August 6, 1997, I entered an order which ended discovery as of January 12, 1998. By an order entered October 9, 1997, I extended the time for discovery until March 12, 1998. A similar order entered November 3, 1997, extended the discovery deadlines until April 13, 1998. On January 21, 1998, I stayed discovery until April 1, 1998. On June 3, 1998, acting on a joint motion of the parties, I extended the discovery deadline until December 1, 1998. There has been adequate time for discovery. I am not persuaded that

yet another extension of the discovery deadlines in this cause is warranted.  The level of acrimony between counsel for the parties is most unfortunate.

**WHEREFORE,**

**IT IS ORDERED** that the Opposed Motion for Limited Extension of Discovery Deadline filed by Plaintiffs on December 18, 1998, be, and it hereby is, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE